# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

v.  Case No. 1:94cr1055-MW/GRJ

**DOUGLAS A. FLYNN,**

  Petitioner.
_____/

# ORDER ACCEPTING AND ADOPTING
# REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Amended Report and Recommendation. ECF No. 83. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The amended report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Petitioner's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255, ECF No. 80, is **DISMISSED as untimely**. A certificate of appealability is **DENIED**." The Magistrate Judge's prior Report and Recommendation, ECF No. 82, shall be terminated by the Clerk inasmuch as an amended report and recommendation was

substituted for the original report. The Clerk shall close the file.

**SO ORDERED on September 28, 2017.**

                                      **s/Mark E. Walker**
                                      **United States District Judge**